# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

UNITED STATES OF AMERICA

v.

ESKALIN VILLALONA-ARIAS
JESUS ANTONIO BERNABE DIAZ

Case No. 2:26-mj-88-KFW

## CRIMINAL COMPLAINT

The undersigned complainant, being duly sworn, states:

### COUNT ONE
### (Conspiracy to Distribute a Controlled Substance)

On about March 12, 2026, in the District of Maine, the defendants

**ESKALIN VILLALONA-ARIAS**
**&**
**JESUS ANTONIO BERNABE DIAZ**

knowingly and intentionally conspired with each other to distribute controlled substances, including 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenyl-ethyl-4-piperidinyl] propanamide (commonly known as fentanyl), in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

It is alleged that the penalty provisions of Title 21, United States Code, Section 841(b)(1)(A) apply to the conduct described therein.

The complainant states that this complaint is based on the attached affidavit, which is incorporated by reference herein.

Task Force Officer Jake Whitley
Federal Bureau of Investigation

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedures

Date: Mar 13 2026

City and state: Portland, Maine

Karen Frink Wolf, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ESKALIN VILLALONA-ARIAS<br>JESUS ANTONIO BERNABE DIAZ | No. 2:26-mj-88-KFW |

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

I, Jake Whitley, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am a Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI). I have been in this position since April 2025. I am also a Waterville Police Department Officer for the City of Waterville, Maine. In my career, I have utilized various investigative tools and techniques, to include the use of search warrants.

2. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to provide the facts necessary for a determination of probable cause for the requested criminal complaint and arrest warrant.

**PROBABLE CAUSE**

3. I know from my participation in this investigation that, for the past year, FBI and its law enforcement partners have been investigating the activities of the Trinitario street gang in Maine as well as other Dominican-based drug trafficking organizations (D-DTOs). The Trinitarios are a criminal organization comprised of predominantly men of Dominican descent. They have significant operations—to include

drug trafficking and associated violence—in Northern Massachusetts. D-DTOs have also matriculated into the state of Maine to conduct significant illegal drug trafficking operations. At times, the Trinitario street gang will work in unison with D-DTOs and at times, the two factions find themselves in competition for illegal drug trafficking customers and profits. Maine has seen a dramatic increase in gang and drug violence over the past year as a direct result of the Trinitario and D-DTOs incursion into the state.

4.  As detailed below, there is probable cause to believe that Eskalin VILLALONA-ARIAS and Jesus Antonio BERNABE DIAZ are involved in drug trafficking and have committed violations of 21 U.S.C. §§ 841 and 846 as associates of the Trinitario street gang.

5.  In about November 2025, FBI investigators spoke with a Confidential Source ("CS-1") who indicated there was a male individual in Massachusetts that was a member of the Trinitario street gang and involved in drug trafficking. CS-1 indicated having previously purchased up to a pound of "ice"[1] and up to "100 sticks of down"[2] from the male. CS-1 provided agents with a phone number ending in 7460 that could be used to contact the individual for purchasing narcotics.

6.  On about March 12, 2026, at the direction of FBI personnel, CS-1 arranged for the purchase of narcotics through contact with the male utilizing the 7460 phone number at a hotel in Kennebunk, Maine. Prior to departing for the meeting, CS-1 was searched for contraband with negative results. CS-1 was outfitted with electronic

---

[1] I know from my training and experience in drug trafficking investigations that "ice" is a common term for methamphetamine
[2] From my training and experience, I am familiar with "sticks" being a term commonly used to refer to a quantity of ten (10) grams, frequently in association with "down" which is a term commonly used to refer to heroin or fentanyl.

recording equipment and provided with $9,500 in pre-recorded funds for the purchase. At the predetermined meet location, FBI personnel observed a silver Jeep Cherokee bearing Massachusetts registration plates pull into the parking lot and park next to the vehicle CS-1 was in. FBI personnel subsequently observed CS-1 enter the rear of the Jeep, and a man, subsequently identified as Eskalin VILLALONA-ARIAS, exit the driver's seat of the Jeep and walk towards the rear of the Jeep. VILLALONA-ARIAS opened the rear hatch and leaned into the rear compartment before shutting the rear of the Jeep and re-entering the driver's seat. CS-1 was then observed leaving the vehicle; CS-1 then met with FBI personnel and provided two black plastic wrapped "bricks" containing approximately 913 grams of suspected fentanyl. CS-1 indicated that there were two individuals inside of the vehicle. CS-1 stated that the driver provided CS-1 with the fentanyl, and the passenger counted the money provided by CS-1.

7. FBI investigators utilized a fentanyl field test on one of the bricks that had been wrapped in the black plastic wrap. Inside was a tan compressed powder in an opaque white plastic vacuum sealed bag wrapped in tin foil. The field test yielded a presumptive positive for the presence of fentanyl.

8. FBI personnel followed the Jeep Cherokee as it departed from the hotel parking lot. The Jeep began travelling on Interstate Route 95 southbound before being stopped by Maine State Police for travelling in excess of the speed limit and an observed vehicle defect. Troopers made contact with the occupants of the vehicle, noting a male passenger sitting in the front passenger seat. The occupants were identified as VILLALONA-ARIAS (driver) and BERNABE DIAZ (passenger). A police narcotics K9 was deployed on the vehicle, and the K9 indicated for the presence of narcotics while being escorted around the exterior of the vehicle. Troopers subsequently conducted a

search of the vehicle and located additional suspected fentanyl concealed under the center console of the vehicle. Both occupants were placed into custody at that time. The $9,500 in pre-recorded funds were discovered on BERNABE DIAZ's person.

## CONCLUSION

9. I respectfully submit, based on the facts set forth above, that probable cause exists to charge defendant VILLALONA-ARIAS and BERNABE DIAZ by Criminal Complaint with the offense of conspiracy to distribute controlled substances, including a mixture or substance containing N-phenyl-N- [1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl) in violation of Title 21, United States Code, Section 846 and 841(a)(1). I request that the accompanying Criminal Complaint be issued.

Jake Whitley
Task Force Officer
Federal Bureau of Investigation

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedures

Date: Mar 13 2026

City and state: Portland, Maine

Karen Frink Wolf, U.S. Magistrate Judge
Printed name and title